**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WATSON, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>BANC OF AMERICA MERCHANT SERVICES LLC, a Foreign Limited-Liability Company; DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendants. | **CASE NO.: 2:19-cv-00783** -RFB-VCF |

## STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM AND DEMAND FOR JURY TRIAL
## (FIRST REQUEST)

COMES NOW, the Plaintiff, ERIC WATSON ("Watson"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, BANC OF AMERICA MERCHANT SERVICES LLC ("BAMS"), by and through its attorney, SHAUNA N. CORREIA, ESQ., of WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION, hereby stipulate and agree as follows:

/ / /

1. That the Response to the Defendant's Counterclaim and Demand for Jury Trial that is due on July 22, 2019, will now be due on August 1, 2019.

2. This extension of time is made in good faith and not for purpose of delay. This is the first request for an extension of time with respect to the Counterclaim and Demand for Jury Trial.

Dated this 16th day of July, 2019.

**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89104

Dated this 16th day of July, 2019.

**Weintraub Tobin Chediak Coleman Grodin Law Corporation**

/s/ Shauna N. Correia
Shauna N. Correia, Esq.
Nevada Bar No. 9874
475 Sansome St., Suite 510
San Francisco, CA 94111

/ / /

/ / /

/ / /

**ORDER**

The Court having reviewed the foregoing **STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM** in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Response to the Defendants' Counterclaim and Demand for Jury Trial will be due on August 1, 2019.

Dated: 7-16-2019

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

_/s/ Jenny L. Foley_
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*