# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WATSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC,<br><br>    Defendant(s). | Case No.: 2:19-cv-00783-RFB-VCF<br><br>**Order** |

An early neutral evaluation is set for October 2, 2019. That early neutral evaluation is hereby advanced in time only to 9:00 a.m.

IT IS SO ORDERED.

Dated: August 1, 2019

_____
Nancy J. Koppe
United States Magistrate Judge