# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WATSON,<br>   Plaintiff(s),<br>v.<br>BANC OF AMERICA MERCHANT SERVICES, LLC,<br>   Defendant(s). | Case No.: 2:19-cv-00783-RFB-VCF<br><br>**Order** |

Pending before the Court is an order for Jenny L. Foley, counsel of record for Plaintiff, to show cause why she should not be sanctioned for violating the Court's order, Docket No. 15, by failing to attend the ENE in this case. Docket No. 25. The Court has considered Ms. Foley's response, Docket No. 26, and **DISCHARGES** the order to show cause. *Id.* However, the Court **ADMONISHES** Ms. Foley that she is expected to read and follow all Court orders and applicable rules at all times.

IT IS SO ORDERED.

Dated: October 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge