**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WATSON, an Individual, | **CASE NO.: 2:19-cv-00783-RFB-VCF** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BANC OF AMERICA MERCHANT SERVICES LLC, a Foreign Limited-Liability Company; DOES I -X; and ROE CORPORATIONS I -X, | |
| Defendant. | |
| BANC OF AMERICA MERCHANT SERVICES, LLC, a Foreign Limited Liability Company; and Re Corporations 1-X, | |
| Counterclaimant, | |
| vs. | |
| Eric Watson, an Individual, | |
| Counterdefendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff ERIC WATSON ("**Mr. Watson**") and Defendant BANC OF AMERICA MERCHANT

SERVICES LLC ("**Defendant**"), by and through their attorneys of record, pursuant to the settlement agreement reached by and between Mr. Watson and Defendant and memorialized on the record on October 2, 2019, that the above-entitled action be dismissed with prejudice, with each party to bear its or his own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated this 25th day of October, 2019.

**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

Dated this 25th day of October, 2019.

**Weintraub Tobin Chediak Coleman Grodin Law Corporation**

/s/ Shauna N. Correia
Shauna N. Correia, Esq.
Nevada Bar No. 9874
475 Sansome St., Suite 510
San Francisco, CA 94111
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of October, 2019.